IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY KALVIN BRADY, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:17CV868 |
| v. ) | 1:15CR364-7 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on December 11, 2019 was served on the parties in this action. (ECF Nos. 269, 270, 5.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that Petitioner's amended motion to vacate, set aside or correct sentence, (ECF No. 216), is DENIED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 8th day of January 2020.

/s/ Loretta C. Biggs
United States District Judge